IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL MONTAGUE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CAMERON WRIGHT et al.,<br><br>　　　　　　　　Defendants. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br><br>Case No. 2:20-CV-483-DBB<br><br>District Judge David B. Barlow |

　　　　In an Order dated August 28, 2020, the Court required Plaintiff to within thirty days pay an initial partial filing fee (IPFF) of $34.37 and submit a consent to have the remaining fee collected in increments from Plaintiff's inmate account. (ECF No. 8.) To date, Plaintiff has not complied, nor has Plaintiff responded to the Order. Indeed, Plaintiff has not contacted the Court since July 27, 2020--three months ago. (ECF No. 6.)

　　　　**IT IS ORDERED** that, because Plaintiff did not follow the Court's order to file an IPFF and consent, and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is **DISMISSED** without prejudice. This action is **CLOSED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JUDGE DAVID B. BARLOW
　　　　　　　　　　　　　　　　　　　　United States District Court